**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02253-REB-MJW

MELISSA CRAFT,
EMILY PELLIGRINI,
AUBREY DEMPSEY,
DEBRALYNN DEMPSEY,
MARK REYNA,
NICHOLAS HAMRA,
JESSICA MUTSCHLER,
GERARDO IVAN RANERO, a minor by his next friend MARIA WARD,
KENNETH KELLY,
SANDRA KELLY,
LEAH KELLY,
KRISTINA BEAGLE,
DANIEL TAKAMI,
GLORIA SANCHEZ,
ALEXANDER GORHAM,
JAMES E. McLEAN,
THERESA McLEAN,
JACLYN McLEAN,
JOSEF McLEAN, and
JAMES E. McLEAN, JR.,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

**ORDER DENYING DEFENDANT'S UNOPPOSED
MOTION TO CONSOLIDATE CASES**

**Blackburn, J.**

      The matter before me is **Defendant United States of America's Motion To Consolidate Case and Certificate of Compliance With D.C.COLO.LCivR 7.1** [#9][1]

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

filed September 8, 2011. I deny the motion.

Pursuant to the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, "[a] motion to consolidate shall be decided by the district judge to whom the oldest numbered case involved in the proposed consolidation is assigned for trial" and, if consolidation is found to be warranted, the consolidated case is assigned to the docket in the lowest numbered case. **D.C.COLO.LCivR** 42.1. In this matter, the lowest numbered case is *Ressler, et al. v. United States*, Civil Action No. 10-cv-03050-REB-BNB.[2] Although I am the district judge assigned to both cases, resolution of the motion for consolidation must be decided in the lowest numbered case.

**THEREFORE, IT IS ORDERED** that **Defendant United States of America's Motion To Consolidate Case and Certificate of Compliance With D.C.COLO.LCivR 7.1** [#9], filed September 8, 2011, is **DENIED**.

Dated September 9, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[2] I note that defendant has filed identical motions in two other pending cases as well. (*See* **Defendant United States of America's Motion To Consolidate Case and Certificate of Compliance With D.C.COLO.LCivR 7.1** [#9] filed September 8, 2011, *Contag et al. v. United States*, Civil Case No. 11-cv-01832-MSK-MJW; **Defendant United States of America's Motion To Consolidate Case and Certificate of Compliance With D.C.COLO.LCivR 7.1** [#9] filed September 8, 2011, *Global Aerospace, Inc. v. United States*, Civil Case No. 11-cv-01874-WYD-KMT.)